UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA ACOSTA,<br><br>    Petitioner,<br><br> v.<br><br>JANE PARNELL,<br><br>    Respondent. | CASE NO. C15-5230 BHS-KLS<br><br>ORDER GRANTING PETITIONER'S EXTENSION |

Petitioner Linda Acosta seeks a three week extension of time to file her reply to Respondent's answer to the petition for writ of habeas corpus, which is currently scheduled for August 14, 2015. Dkt. 14. Respondent filed no opposition.

Accordingly, it is **ORDERED**:

(1) Petitioner's motion (Dkt. 14) is **GRANTED.** Petitioner shall file her reply **on or before September 4, 2015.** The Clerk shall **re-note** the habeas petition for the Court's consideration on **September 4, 2015.**

(2) The Clerk shall send a copy of this Order to Petitioner and to counsel for Respondent.

Dated this 27th day of August, 2015.

                /s/ Karen L. Strombom
                Karen L. Strombom
                United States Magistrate Judge